UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Joaquin Hill,

    Plaintiff

v.

State of Nevada, et al.,

    Defendants

Case No. 2:24-cv-00956-CDS-MDC

**Order Dismissing and Closing Case**

Plaintiff Joaquin Hill filed a notice indicating that he has received two case numbers for a single case. ECF No. 4. Hill initiated the case with only part of the necessary documents and received case number 2:24-cv-00923-JAD-DJA. He subsequently submitted all of the documents and received a new case number, 2:24-cv-00956-CDS-MDC. Thus, it appears that Hill inadvertently opened this duplicative case. Because Hill's claims will be considered in the initially opened case, Case No. 2:24-cv-00923-JAD-DJA, I dismiss this action as duplicative and close this matter.

## Conclusion

It is therefore ordered that the Clerk of the Court file the complaint (ECF No. 1-1).

It is further ordered that the complaint is dismissed as duplicative of the complaint filed in case number 2:24-cv-00923-JAD-DJA.

It is further ordered that plaintiff's applications to proceed *in forma pauperis* **[ECF Nos. 1, 5] are denied as moot**.

The Clerk of the Court is directed to close this case.

Dated: July 10, 2024

_____
Cristina D. Silva
United States District Judge